916

**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

v.

**WILLIAM J. BURNS INTERNATIONAL DETECTIVE AGENCY, Inc.**

No. 15646.

United States Court of Appeals
Eighth Circuit.

Sept. 21, 1956.

Marcel Mallet-Prevost, Asst. Gen. Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

Jay A. Canel, Chicago, Ill., for respondent.

PER CURIAM.

Order of National Labor Relations Board enforced, on petition for enforcement and stipulation filed with Board.

**John FEDERIKA et al., Petitioners,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 12755.

United States Court of Appeals
Sixth Circuit.

Oct. 17, 1956.

John Driskill, Cincinnati, Ohio, for petitioners.

Charles K. Rice, John Potts Barnes, Rollin H. Transue, Lee A. Jackson, I. Henry Kutz and Davis W. Morton, Jr., Washington, D. C., for respondent.

Before McALLISTER, MILLER and STEWART, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the transcript of the record, the briefs of the parties, and the argument of counsel, and the court being duly advised,

Now, therefore, it is ordered, adjudged, and decreed that the decision herein reviewed be and is hereby affirmed upon the opinion of the Tax Court.

**Matter of the Applications for Citizenship of Alejo Trabocotano TANO, Eriberto Chavez Abella, Jesus Monzon Martinez, Ignacio Martal Romano, Paulino Josue Elizalde, Emiliano Jesmundo Magallanes, Magtangol Cruz Politan, Petitioners.**

No. 15009.

United States Court of Appeals
Ninth Circuit.

Nov. 7, 1956.

Jack L. Burnam, David Glickman, San Francisco, Cal., for appellants.

Lloyd H. Burke, U. S. Atty., Charles Elmer Collett, Asst. U. S. Atty., San Francisco, Cal., for appellee.

Before HEALY and FEE, Circuit Judges, and EAST, District Judge.

PER CURIAM.

This is a consolidated appeal on behalf of the appellants from the denial of their petitions for naturalization.

The factual background and the governing statutory provisions are fully developed in the trial court's opinion, reported at 139 F.Supp. 797. We are in entire agreement with the holding of the court in respect of the applicable law and see no grounds for questioning its determination otherwise. Accordingly we affirm on the grounds and for the reasons given in its opinion.